## LEACOCK & CO., INC. *v.* UNITED STATES

No. 5325.—Invoice dated Chefoo, China, January 30, 1940.
Certified February 6, 1940.
Entered at New York March 27, 1940.
Entry Nos. 60105/1, 60426/1, 60685/1, 60925/1.

(Decided June 20, 1941)

Plaintiff not represented by counsel.
*Charles D. Lawrence*, Acting Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: Accepting the stipulation entered into by and between counsel for the respective parties upon which this appeal has been submitted for decision as a statement of fact, I find and hold the proper dutiable export values of the merchandise covered by entries 60105/1, 60426/1, 60685/1 and 60925/1 to be the *per se* unit invoice values of material and labor, plus 10 per centum, plus labor for packing, and/or steel strapping as invoiced, plus cartons at 17 cents each. As to any and all other merchandise covered by this appeal I find and hold the proper dutiable export value to be the value found by the appraiser. Judgment will be rendered accordingly.